**LINDA ZISKIN**, OSB # 01106
ziskinlaw@comcast.net
3 Monroe Parkway, Suite P, PMB #323
Lake Oswego, OR 97035
Voice: (503) 889-0472
Fax:    (503) 210-0295
Attorney for Plaintiff

FILED'05 NOV 21 16:01USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ANNA M. MONSON** | CV # 04-1245-MO |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,869.38, are awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $20.64 are allowed.

DATED this 17 day of November, 2005

*/s/ Michael W. Mosman*

Hon. MICHAEL MOSMAN
United States District Judge